HARRY L. BAKER et al., as Stockholders of Tubular Textile Machinery Corporation, Appellants and Respondents, *v.* SAMUEL COHN et al., Respondents and Appellants.

Submitted November 29, 1943; decided December 8, 1943.

*David Haar, Morris Kirschstein* and *Louis Jersawit* for motion.

*Bernard W. Cohen* opposed.

Motion denied, with leave to renew upon the oral argument of the appeal.